IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH SLAGLE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of the Social Security Administration,<br><br>　　　Defendant. | Civil No. 3:25-CV-68-HL<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

　　　After consideration of Plaintiff's Unopposed Motion, it is hereby ORDERED that attorney fees in the amount of $5,700.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA) subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

　　　If the EAJA fees are not subject to an offset as described in *Ratliff*, the fees shall be made payable to Dellert Baird Law Offices, PLLC, according to the terms of the fee agreement. Dellert Baird Law Offices, PLLC, shall refund any funds paid toward the costs.

　　　IT IS SO ORDERED.

　　　DATED this __5th__ day of ___January__, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　ORDER
　　　　　　[3:25-CV-68-HL]